## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case Number 18-cr-00470-PAB-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**9.**    **OLIVER SALAZAR-FELIX,**

    Defendant.

.

---

## MOTION FOR RELEASE PENDING SENTENCING

---

COMES NOW Defendant Oliver Salazar-Felix ("Mr. Salazar-Felix"), through counsel Lynn Pierce and submits the following motion for release pending sentencing:

### PROCEDURAL BACKGROUND

1.    On October 23, 2018, Mr. Salazar-Felix was ordered detained on drug charges. [Doc. No. 49]. On September 20, 2019, Mr. Salazar-Felix pleaded guilty, pursuant to a Plea Agreement [Doc. No. 248], to Count One of the Indictment, charging conspiracy to distribute, or possess with the intent to distribute, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine. Sentencing is set for May 29, 2020. Mr. Salazar-Felix moves for release on bond pending sentencing.

### PERSONAL BACKGROUND

2.    Mr. Salazar has no criminal history. His wife, who is gainfully employed, owns a home and is willing to serve as a third-party custodian. Forcing Mr. Salazar-

Felix to remain incarcerated under the current pandemic is unnecessary. Specifically, he could be tracked with GPS monitoring and/or could reside in a halfway house. If on pre-trial release, he could assist in the care of his young son and submit to additional conditions found to be appropriate by the Court or the probation department.

**COVID-19 Presents an Even Worse Threat in High-Risk Settings like Jails**

3.      Given the current pandemic, Mr. Salazar-Felix is at risk for getting the COVID-19 virus and this new circumstance, coupled with his ties to the community, warrant pre-sentence release.

4.      Much like cruise ships and nursing homes, jails are extremely dangerous in a pandemic, given the impossibility of social distancing in a confined space. Dr. Lipi Roy, the former chief medical officer of Rikers Island, explained that, unlike free people, detainees cannot engage in "'social distancing' and 'self-quarantine' and 'flattening the curve' of the epidemic—all of these things are impossible in jails and prisons, or are made worse by the way jails and prisons are operated." [1]

5.      Given the fact that Mr. Salazar has strong ties to the community, a minimal criminal record and given that he has already pleaded guilty, Mr. Salazar-Felix contends there are conditions or combination of conditions that can be imposed to assure his presence for court and the safety of the community.

WHEREFORE, Mr. Salazar-Felix respectfully requests that the Court

---

[1] Jennifer Gonnerman, *How Prisons and Jails can Respond to the Coronavirus*, The New Yorker, (March 14, 2020), https://www.newyorker.com/news/q-and-a/how-prisons-and-jails-can-respond-to-the-coronavirus ("it's going to be very, very difficult to deliver a standard of care either in the detection or the treatment of people who are behind bars. I just have really grave concerns"); see also Dr. Lipi Roy, *Infections And Incarceration: Why Jails And Prisons Need To Prepare For COVID-19 Now,* Forbes, (March 11, 2020), https://www.forbes.com/sites/lipiroy/2020/03/11/infections-and-incarceration-why-jails-and-prisons-need-to-prepare-for-covid-19-stat/#1fa6b08e49f3 ("Hand sanitizers, for instance, are often considered contraband . . . . Other

reconsider him for pre-sentence release and for any further relief the Court deems appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 1st day of April 2020.

        BUTLER, LANDRUM & PIERCE, P.C.

        ***/s/ Lynn A. Pierce***
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2020, I served a copy of the foregoing via CM/ECF on all interested parties.

/s/ Lynn Pierce

---

harsh realities of jail life that prevent proper application of CDC recommendations include limited access to toilet paper and paper towels; and handcuffs prohibit the use of hands to cover one's mouth.").